UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY BELL, *et al.*, <br><br> Defendants. | Case No. C16-0844RSM <br><br> ORDER GRANTING MOTION TO FILE UNDER SEAL |

THIS MATTER comes before the Court on the parties' Joint Motion to Seal. Dkt. #20. The parties ask the Court to seal the Complaint, First Amended Complaint and Second Amended Complaint, as they contain extensive content discussing prior, confidential arbitration proceedings. *Id.* The Court has reviewed the motion, along with the documents at issue, and agrees that the Complaint (Dkt. #1), Amended Complaint (Dkt. #4) and Second Amended Complaint (Dkt. #13), all contain allegations relating to private arbitration proceedings. The Court further agrees that because these proceedings were never meant to be open to the public, the nature of the allegations therein are potentially damaging to the parties involved.

Accordingly, the Court hereby ORDERS:

1. The parties' Motion to Seal (Dkt. #20) is GRANTED. The Clerk shall immediately seal Dkts. #1, #4 and #13. However, the motion itself does not

ORDER - 1

contain confidential material and should not have been sealed. Accordingly, the Clerk shall also immediately UNSEAL the parties' motion at Dkt. #20.

2. Further, Plaintiff shall file a public, redacted version of the Second Amended Complaint (Dkt. #13) **no later than five (5) days from the date of this Order.**

DATED this 11 day of April, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2