UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Allstate Property and Casualty Insurance Company, an Illinois Corp., and Allstate Indemnity Company, an Illinois Corp.,<br><br>                Plaintiff,<br><br>   v.<br><br>Jeffrey Bell,<br><br>                Defendant. | Civil No. 2:16-cv-00844-RSM<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |

     Plaintiffs, Allstate Property and Casualty Insurance Company and Allstate Indemnity Company (hereinafter "Allstate"), by and through its attorneys, Douglas F. Foley and Kevin M. Sampson of Douglas Foley & Associates, PLLC, and Defendant, Jeffrey Bell, by and through his attorneys, Al Van Kampen and David E. Crowe of Van Kampen & Crowe, PLLC hereby agree and stipulate that the above-captioned matter be dismissed with prejudice and without costs to any party for the reason that this matter has been fully resolved.

///

///

Page 1 – STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**Douglas Foley & Associates, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636

DATED this 14th day of April, 2017.

        DOUGLAS FOLEY & ASSOCIATES, PLLC

        BY /S/ DOUGLAS F. FOLEY
           Douglas F. Foley, WSBA 13119
           Kevin M. Sampson, WSBA 24162
           *Attorneys for Plaintiff Property and Casualty Insurance Company and Allstate Indemnity Company*

        VAN KAMPEN & CROWE, PLLC

        BY /S/ DAVID CROWE
           Al Van Kampen, WSBA # 13670
           David Crowe, WSBA 43529
           *Attorneys for Defendant Jeffrey Bell*

Page 2 – STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**Douglas Foley & Associates, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636

# O R D E R

Based upon the foregoing stipulation of the parties, it is hereby

ORDERED that the above captioned matter be dismissed with prejudice.

DATED this 17th day of April, 2017.

                        RICARDO S. MARTINEZ
                        UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/s/ DOUGLAS F. FOLEY
Douglas F. Foley, WSBA #13119
Attorneys for Plaintiff Allstate Property and
Casualty Insurance Company and Allstate Indemnity Company